[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-12500

Non-Argument Calendar

_____

LATNEY A. RUSSELL,

Plaintiff-Appellant,

*versus*

FLIXBUS, INC.
WILLIAM CHARTERS & TOURS,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-00796-MHC

2                          Opinion of the Court                    24-12500

_____

Before JORDAN, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction because Latney Russell's notice of appeal, filed on August 2, 2024, is untimely to challenge the district court's June 28, 2024 final judgment. *See* Fed. R. App. P. 4(a)(1)(A); 28 U.S.C. § 2107(a); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.